UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| DOUGLAS STAGGS, | Civil No. 3:08-CV-5182-FDB-KLS |
|---|---|
| Plaintiff, | |
| vs. | PROPOSED ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a de novo hearing and further administrative proceedings with a new administrative law judge, including but not limited to the following: the administrative law judge will further develop the record; obtain vocational expert testimony and re-evaluate Claimant's ability to perform other work in the national economy; if such work is rated at reasoning level three (or greater), the administrative law judge will be directed to give specific considerations to Claimant's ability to perform reasoning level three (or greater) work with

limitations so simple repetitive work; evaluate the opinions; and consolidate Claimant's subsequent SSI application filed February 11, 2008, and issue a decision on the associated claims.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 22nd day of August 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Thomas M. Elsberry_____
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:      206-615-2531
thomas.elsberry@ssa.gov