# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS STAGGS, | Civil No. 3:08-CV-5182-FDB-KLS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant | |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on August 22, 2008.

DATED this 22nd day of August 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:08-CV-5182-FDB-KLS]